IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KALVEN TRICE**                                                                                    **PLAINTIFF**

V.                                       **4:21CV001175 JM**

**TRUE NORTH FREIGHT SOLUTIONS INC;
AND EXCEL TRUCKING LLC**                                     **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal, this action is dismissed with prejudice.

IT IS THEREFORE ORDERED that this action is dismissed. The Clerk is directed to close the case.

Dated this 19th day of January, 2023.

_____
James M. Moody Jr.
United States District Judge